**Dismiss and Opinion Filed March 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00866-CV

### APRYL PHILLIPS, Appellant
### V.
### SKYWAY VILLAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01121-2013**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The filing fee and appellant's brief in this case are past due. By postcard dated June 26, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated June 26, 2013, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By postcard dated January 21, 2014, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed a docketing statement, filed her brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

130866F.P05

 /Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

APRYL PHILLIPS, Appellant

No. 05-13-00866-CV     V.

SKYWAY VILLAS, Appellee

On Appeal from the County Court at Law No. 2, Collin County, Texas
Trial Court Cause No. 002-01121-2013.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SKYWAY VILLAS recover its costs of this appeal from appellant APRYL PHILLIPS.

Judgment entered March 21, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE